# ELECTRONIC RECORD

1591-14

COA #  05-13-01620-CR                OFFENSE: 22.01

STYLE: Robert Charles Thompson v. The State of Texas        COUNTY: Collin

COA DISPOSITION:  AFFIRM          TRIAL COURT: 219th Judicial District Court

DATE: 12/01/2014        Publish: NO   TC CASE #:  219-80385-2012

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Robert Charles Thompson v. The State of Texas        CCA #: 1591-14

_____ APPELLANT'S _____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____ REFUSED _____        JUDGE: _____

DATE: 04/15/2015        SIGNED: _____        PC: _____

JUDGE: Per Curiam        PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**